**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-26517 |
| | § | |
| EARNESTINE WARREN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/03/2015. The undersigned trustee was appointed on 08/03/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $23,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $10,330.94 |
    | Bank service fees | $104.25 |
    | Other Payments to creditors | $3,088.30 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $9,476.51 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/06/2016 and the deadline for filing government claims was 04/06/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,050.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,050.00, for a total compensation of $3,050.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $39.37, for total expenses of $39.37.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2017            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 15-26517 | Trustee Name: | David Leibowitz |
| Case Name: | WARREN, EARNESTINE | Date Filed (f) or Converted (c): | 08/03/2015 (f) |
| For the Period Ending: | 11/7/2017 | §341(a) Meeting Date: | 09/16/2015 |
| | | Claims Bar Date: | 04/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Chase Checking Account | $378.00 | $0.00 | | $0.00 | FA |
| 2  Used Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 3  Used Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 4  2005 Toyota Matrix (145,000 miles) | $4,675.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Wildcard: $2275   Vehicle: $2400 | | | | | |
| 5  Unscheduled PI claim  (u) | Unknown | $40,000.00 | | $23,000.00 | FA |
| **Asset Notes:**  BCBS objection to motion to avoid its asserted $18,517.22 lien, based on federal preemption of state law limitations on its subrogation rights, would have eliminated any distribution of balance remaining after payment of special counsel fees; however, Trustee settled with BCBS for agreed lien amount of $3,088.30 (dkt #51). | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**

$5,853.00         $40,000.00                     $23,000.00                     $0.00

Initial Projected Date Of Final Report (TFR):   12/31/2017    Current Projected Date Of Final Report (TFR):    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1   Exhibit B

| Case No. | 15-26517 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1317 | | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/3/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/7/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2017 | (5) | Kevin J. McNamara Law Offices PC | Gross Proceeds of PI Suit | 1242-000 | $23,000.00 | | $23,000.00 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.95 | $22,982.05 |
| 02/09/2017 | 3001 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $26.39 | $22,955.66 |
| 02/09/2017 | 3001 | VOID: International Sureties, Ltd | Void of Check# 3001 | 2300-003 | | ($26.39) | $22,982.05 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $8.78 | $22,973.27 |
| 02/10/2017 | 3003 | Kevin McNamara | Special Personal Injury Counsel fees & expenses (dkt. 43) | * | | $10,322.16 | $12,651.11 |
| | | | Contingency Fee           $(7,666.66) | 3210-000 | | | $12,651.11 |
| | | | Expenses                   $(2,655.50) | 3220-000 | | | $12,651.11 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $25.96 | $12,625.15 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $21.68 | $12,603.47 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.36 | $12,585.11 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $20.30 | $12,564.81 |
| 06/20/2017 | 3004 | BlueCross BlueShield of Illinois | HCSC 8412490-8407735-Warren - BCBSIL Medical Lien | 4220-000 | | $3,088.30 | $9,476.51 |
| | | | **TOTALS:** | | $23,000.00 | $13,523.49 | $9,476.51 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $23,000.00 | $13,523.49 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $23,000.00 | $13,523.49 | |

| For the period of 8/3/2015 to 11/7/2017 | | For the entire history of the account between 01/16/2017 to 11/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,000.00 | Total Compensable Receipts: | $23,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,000.00 | Total Comp/Non Comp Receipts: | $23,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,523.49 | Total Compensable Disbursements: | $13,523.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,523.49 | Total Comp/Non Comp Disbursements: | $13,523.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 2       Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-26517 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1317 | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/3/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $23,000.00 | $13,523.49 | $9,476.51 |

| For the period of 8/3/2015 to 11/7/2017 | | For the entire history of the case between 08/03/2015 to 11/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,000.00 | Total Compensable Receipts: | $23,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,000.00 | Total Comp/Non Comp Receipts: | $23,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,523.49 | Total Compensable Disbursements: | $13,523.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,523.49 | Total Comp/Non Comp Disbursements: | $13,523.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CLAIMS ANALYSIS REPORT**

Page No: 1
Exhibit C

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 15-26517 | | | | | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | WARREN, EARNESTINE | | | | | | | **Date:** | 11/7/2017 |
| **Claims Bar Date:** | 04/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $3,050.00 | $0.00 | $0.00 | $0.00 | $3,050.00 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $39.37 | $0.00 | $0.00 | $0.00 | $39.37 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $107.97 | $0.00 | $0.00 | $0.00 | $107.97 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,017.50 | $0.00 | $0.00 | $0.00 | $2,017.50 |
| | KEVIN MCNAMARA<br><br>650 N. Dearborn St.<br>Suite 750<br>Chicago IL 60654 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $2,655.50 | $2,655.50 | $0.00 | $0.00 | $0.00 |
| | KEVIN MCNAMARA<br><br>650 N. Dearborn St.<br>Suite 750<br>Chicago IL 60654 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $7,666.66 | $7,666.66 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Fee: $7,666.66<br>Expenses: $2,655.50 | | | | | | | | |
| | BLUECROSS BLUESHIELD OF ILLINOIS<br><br>25550 Network Place<br>Chicago IL 60673 | Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $3,088.30 | $3,088.30 | $0.00 | $0.00 | $0.00 |

# CLAIMS ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No.: | 15-26517 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | | | | | | | | Date: 11/7/2017 |
| Claims Bar Date: | 04/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $835.59 | $0.00 | $0.00 | $0.00 | $835.59 |
| 2 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,572.27 | $0.00 | $0.00 | $0.00 | $4,572.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>MOMA Funding LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $702.76 | $0.00 | $0.00 | $0.00 | $702.76 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>MOMA Funding LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,451.21 | $0.00 | $0.00 | $0.00 | $1,451.21 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>MOMA Funding LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $174.86 | $0.00 | $0.00 | $0.00 | $174.86 |
| 6 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,156.62 | $0.00 | $0.00 | $0.00 | $1,156.62 |

| Case No. | 15-26517 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | | | | | | | | Date: 11/7/2017 |
| Claims Bar Date: | 04/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | STATE FARM BANK<br><br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,388.71 | $0.00 | $0.00 | $0.00 | $1,388.71 |
| 8 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $446.66 | $0.00 | $0.00 | $0.00 | $446.66 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br> of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,428.96 | $0.00 | $0.00 | $0.00 | $3,428.96 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br> of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,727.35 | $0.00 | $0.00 | $0.00 | $1,727.35 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br> of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $484.66 | $0.00 | $0.00 | $0.00 | $484.66 |
| 12 | WELLS FARGO BANK NA<br><br>PO Box 10438<br>Des Moines IA 50306-0438 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,989.56 | $0.00 | $0.00 | $0.00 | $2,989.56 |

| Case No.: | 15-26517 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | | | | | | | | Date: 11/7/2017 |
| Claims Bar Date: | 04/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to US Bank<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,643.49 | $0.00 | $0.00 | $0.00 | $3,643.49 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(SAMS CLUB MASTERCARD)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $694.04 | $0.00 | $0.00 | $0.00 | $694.04 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(TJX REWARDS MASTERCARD)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $919.36 | $0.00 | $0.00 | $0.00 | $919.36 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(JC PENNEY CREDIT CARD)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $488.73 | $0.00 | $0.00 | $0.00 | $488.73 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(JC PENNEY CREDIT CARD)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $935.22 | $0.00 | $0.00 | $0.00 | $935.22 |

CLAIMS ANALYSIS REPORT

Page No: 5
Exhibit C

| Case No. | 15-26517 | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | WARREN, EARNESTINE | | | | | | | | Date: 11/7/2017 |
| Claims Bar Date: | 04/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank (WALMART CREDIT CARD)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,070.93 | $0.00 | $0.00 | $0.00 | $1,070.93 |
| | | | | | $45,736.28 | $13,410.46 | $0.00 | $0.00 | $32,325.82 |

**CLAIMS ANALYSIS REPORT**

Page No: 6
Exhibit C

| | | |
|---|---|---|
| **Case No.** 15-26517 | | **Trustee Name:** David Leibowitz |
| **Case Name:** WARREN, EARNESTINE | | **Date:** 11/7/2017 |
| **Claims Bar Date:** 04/06/2016 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $2,655.50 | $2,655.50 | $2,655.50 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $107.97 | $107.97 | $0.00 | $0.00 | $0.00 | $107.97 |
| Attorney for Trustee Fees (Other Firm) | $7,666.66 | $7,666.66 | $7,666.66 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $2,017.50 | $2,017.50 | $0.00 | $0.00 | $0.00 | $2,017.50 |
| Payments to Unsecured Credit Card Holders | $27,110.98 | $27,110.98 | $0.00 | $0.00 | $0.00 | $27,110.98 |
| Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | $17,244.08 | $3,088.30 | $3,088.30 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,050.00 | $3,050.00 | $0.00 | $0.00 | $0.00 | $3,050.00 |
| Trustee Expenses | $39.37 | $39.37 | $0.00 | $0.00 | $0.00 | $39.37 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      15-26517
Case Name:     EARNESTINE WARREN
Trustee Name:  David P. Leibowitz

Balance on hand: $9,476.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| | BlueCross BlueShield of Illinois | $17,244.08 | $3,088.30 | $3,088.30 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $9,476.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $3,050.00 | $0.00 | $3,050.00 |
| David P. Leibowitz, Trustee Expenses | $39.37 | $0.00 | $39.37 |
| Lakelaw, Attorney for Trustee Fees | $2,017.50 | $0.00 | $2,017.50 |
| Lakelaw, Attorney for Trustee Expenses | $107.97 | $0.00 | $107.97 |
| Other: Contingency Fee, Attorney for Trustee Fees | $7,666.66 | $7,666.66 | $0.00 |
| Other: Expenses, Attorney for Trustee Expenses | $2,655.50 | $2,655.50 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $5,214.84
Remaining balance: $4,261.67

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,261.67

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $4,261.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,110.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $835.59 | $0.00 | $131.34 |
| 2 | Discover Bank | $4,572.27 | $0.00 | $718.73 |
| 3 | Quantum3 Group LLC as agent for | $702.76 | $0.00 | $110.47 |
| 4 | Quantum3 Group LLC as agent for | $1,451.21 | $0.00 | $228.12 |
| 5 | Quantum3 Group LLC as agent for | $174.86 | $0.00 | $27.49 |
| 6 | Capital One Bank (USA), N.A. | $1,156.62 | $0.00 | $181.81 |
| 7 | State Farm Bank | $1,388.71 | $0.00 | $218.30 |
| 8 | Capital One, N.A. | $446.66 | $0.00 | $70.21 |
| 9 | PYOD, LLC its successors and assigns as assignee | $3,428.96 | $0.00 | $539.01 |
| 10 | PYOD, LLC its successors and assigns as assignee | $1,727.35 | $0.00 | $271.53 |
| 11 | PYOD, LLC its successors and assigns as assignee | $484.66 | $0.00 | $76.19 |
| 12 | Wells Fargo Bank NA | $2,989.56 | $0.00 | $469.94 |
| 13 | Portfolio Recovery Associates, LLC | $3,643.49 | $0.00 | $572.73 |
| 14 | Portfolio Recovery Associates, LLC | $694.04 | $0.00 | $109.10 |
| 15 | Portfolio Recovery Associates, LLC | $919.36 | $0.00 | $144.52 |
| 16 | Portfolio Recovery Associates, LLC | $488.73 | $0.00 | $76.83 |
| 17 | Portfolio Recovery Associates, LLC | $935.22 | $0.00 | $147.01 |
| 18 | Portfolio Recovery Associates, LLC | $1,070.93 | $0.00 | $168.34 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $4,261.67 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**