**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-26517 |
| | § | |
| EARNESTINE WARREN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $5,853.00 |
| Total Distributions to Claimants: | $7,349.97 | Claims Discharged Without Payment: | $39,295.31 |
| Total Expenses of Administration: | $15,650.03 | | |

3)    Total gross receipts of $23,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $23,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $17,244.08 | $3,088.30 | $3,088.30 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $15,650.03 | $15,650.03 | $15,650.03 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $39,532.00 | $27,110.98 | $27,110.98 | $4,261.67 |
| **Total Disbursements** | $39,532.00 | $60,005.09 | $45,849.31 | $23,000.00 |

4). This case was originally filed under chapter 7 on 08/03/2015. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2018        By:   /s/ David P. Leibowitz
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled PI claim | 1242-000 | $23,000.00 |
| **TOTAL GROSS RECEIPTS** | | $23,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueCross BlueShield of Illinois | 4220-000 | $0.00 | $17,244.08 | $3,088.30 | $3,088.30 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $17,244.08 | $3,088.30 | $3,088.30 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,050.00 | $3,050.00 | $3,050.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $39.37 | $39.37 | $39.37 |
| International Sureties, Ltd | 2300-000 | NA | $8.78 | $8.78 | $8.78 |
| Green Bank | 2600-000 | NA | $104.25 | $104.25 | $104.25 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,017.50 | $2,017.50 | $2,017.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $107.97 | $107.97 | $107.97 |
| Contingency Fee, Attorney for Trustee | 3210-000 | NA | $7,666.66 | $7,666.66 | $7,666.66 |
| Expenses, Attorney for Trustee | 3220-000 | NA | $2,655.50 | $2,655.50 | $2,655.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $15,650.03 | $15,650.03 | $15,650.03 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | $858.00 | $835.59 | $835.59 | $131.34 |
| 2 | Discover Bank | 7100-900 | $4,588.00 | $4,572.27 | $4,572.27 | $718.73 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $549.00 | $702.76 | $702.76 | $110.47 |
| 4 | Quantum3 Group LLC as agent for | 7100-900 | $1,451.00 | $1,451.21 | $1,451.21 | $228.12 |
| 5 | Quantum3 Group LLC as agent for | 7100-900 | $204.00 | $174.86 | $174.86 | $27.49 |
| 6 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $1,159.00 | $1,156.62 | $1,156.62 | $181.81 |
| 7 | State Farm Bank | 7100-900 | $939.00 | $1,388.71 | $1,388.71 | $218.30 |
| 8 | Capital One, N.A. | 7100-900 | $446.00 | $446.66 | $446.66 | $70.21 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,566.00 | $3,428.96 | $3,428.96 | $539.01 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,727.00 | $1,727.35 | $1,727.35 | $271.53 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $484.00 | $484.66 | $484.66 | $76.19 |
| 12 | Wells Fargo Bank NA | 7100-900 | $1,754.00 | $2,989.56 | $2,989.56 | $469.94 |
| 13 | Portfolio Recovery Associates, LLC | 7100-900 | $3,796.00 | $3,643.49 | $3,643.49 | $572.73 |
| 14 | Portfolio Recovery Associates, LLC | 7100-900 | $715.00 | $694.04 | $694.04 | $109.10 |
| 15 | Portfolio Recovery Associates, LLC | 7100-900 | $870.00 | $919.36 | $919.36 | $144.52 |
| 16 | Portfolio Recovery Associates, LLC | 7100-900 | $324.00 | $488.73 | $488.73 | $76.83 |
| 17 | Portfolio | 7100-900 | $944.00 | $935.22 | $935.22 | $147.01 |

|    |                                   |          |             |             |             |           |
|----|-----------------------------------|----------|-------------|-------------|-------------|-----------|
|    | Recovery Associates, LLC          |          |             |             |             |           |
| 18 | Portfolio Recovery Associates, LLC | 7100-900 | $712.00     | $1,070.93   | $1,070.93   | $168.34   |
|    | Bk Of Amer                        | 7100-000 | $9,896.00   | $0.00       | $0.00       | $0.00     |
|    | Cap1/l&t                          | 7100-000 | $1,580.00   | $0.00       | $0.00       | $0.00     |
|    | Carson Pierre Scott/HSBC          | 7100-000 | $92.00      | $0.00       | $0.00       | $0.00     |
|    | Chase Card                        | 7100-000 | $1,021.00   | $0.00       | $0.00       | $0.00     |
|    | Citibank/Shell Oil                | 7100-000 | $676.00     | $0.00       | $0.00       | $0.00     |
|    | Dsnb Macys                        | 7100-000 | $1,541.00   | $0.00       | $0.00       | $0.00     |
|    | Medicredit, Inc                   | 7100-000 | $516.00     | $0.00       | $0.00       | $0.00     |
|    | Nordstrom FSB                     | 7100-000 | $960.00     | $0.00       | $0.00       | $0.00     |
|    | Us Bank                           | 7100-000 | $140.00     | $0.00       | $0.00       | $0.00     |
|    | Von Maur                          | 7100-000 | $24.00      | $0.00       | $0.00       | $0.00     |
| **TOTAL GENERAL UNSECURED CLAIMS** ||| $39,532.00  | $27,110.98  | $27,110.98  | $4,261.67 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 15-26517 | Trustee Name: | David Leibowitz |
| Case Name: | WARREN, EARNESTINE | Date Filed (f) or Converted (c): | 08/03/2015 (f) |
| For the Period Ending: | 2/8/2018 | §341(a) Meeting Date: | 09/16/2015 |
| | | Claims Bar Date: | 04/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Chase Checking Account | $378.00 | $0.00 | | $0.00 | FA |
| 2  Used Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 3  Used Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 4  2005 Toyota Matrix (145,000 miles) | $4,675.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Wildcard: $2275  Vehicle: $2400 | | | | | |
| 5  Unscheduled PI claim  (u) | Unknown | $40,000.00 | | $23,000.00 | FA |
| **Asset Notes:**  BCBS objection to motion to avoid its asserted $18,517.22 lien, based on federal preemption of state law limitations on its subrogation rights, would have eliminated any distribution of balance remaining after payment of special counsel fees; however, Trustee settled with BCBS for agreed lien amount of $3,088.30 (dkt #51). | | | | | |

**TOTALS (Excluding unknown value)**                              **Gross Value of Remaining Assets**
                         $5,853.00      $40,000.00              $23,000.00                     $0.00

**Initial Projected Date Of Final Report (TFR):**  12/31/2017   **Current Projected Date Of Final Report (TFR):**   /s/ DAVID LEIBOWITZ
                                                                                                      DAVID LEIBOWITZ

FORM 2

Page No: 1     Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-26517 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1317 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/3/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2017 | (5) | Kevin J. McNamara Law Offices PC | Gross Proceeds of PI Suit | 1242-000 | $23,000.00 | | $23,000.00 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.95 | $22,982.05 |
| 02/09/2017 | 3001 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $26.39 | $22,955.66 |
| 02/09/2017 | 3001 | VOID: International Sureties, Ltd | Void of Check# 3001 | 2300-003 | | ($26.39) | $22,982.05 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $8.78 | $22,973.27 |
| 02/10/2017 | 3003 | Kevin McNamara | Special Personal Injury Counsel fees & expenses (dkt. 43) | * | | $10,322.16 | $12,651.11 |
| | | | Contingency Fee        $(7,666.66) | 3210-000 | | | $12,651.11 |
| | | | Expenses               $(2,655.50) | 3220-000 | | | $12,651.11 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $25.96 | $12,625.15 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $21.68 | $12,603.47 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.36 | $12,585.11 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $20.30 | $12,564.81 |
| 06/20/2017 | 3004 | BlueCross BlueShield of Illinois | HCSC 8412490-8407735-Warren - BCBSIL Medical Lien | 4220-000 | | $3,088.30 | $9,476.51 |
| 01/10/2018 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,050.00 | $6,426.51 |
| 01/10/2018 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $39.37 | $6,387.14 |
| 01/10/2018 | 3007 | Lakelaw | Claim #: ; Amount Claimed: $2,017.50; Distribution Dividend: 100.00%; | 3110-000 | | $2,017.50 | $4,369.64 |
| 01/10/2018 | 3008 | Lakelaw | Claim #: ; Amount Claimed: $107.97; Distribution Dividend: 100.00%; | 3120-000 | | $107.97 | $4,261.67 |
| 01/10/2018 | 3009 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: $835.59; Distribution Dividend: 15.72%; | 7100-900 | | $131.34 | $4,130.33 |
| 01/10/2018 | 3010 | Discover Bank | Claim #: 2; Amount Claimed: $4,572.27; Distribution Dividend: 15.72%; | 7100-900 | | $718.73 | $3,411.60 |
| 01/10/2018 | 3011 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $702.76; Distribution Dividend: 15.72%; | 7100-900 | | $110.47 | $3,301.13 |
| 01/10/2018 | 3012 | Quantum3 Group LLC as agent for | Claim #: 4; Amount Claimed: $1,451.21; Distribution Dividend: 15.72%; | 7100-900 | | $228.12 | $3,073.01 |
| 01/10/2018 | 3013 | Quantum3 Group LLC as agent for | Claim #: 5; Amount Claimed: $174.86; Distribution Dividend: 15.72%; | 7100-900 | | $27.49 | $3,045.52 |

SUBTOTALS  $23,000.00   $19,954.48

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-26517 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1317 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/3/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/10/2018 | 3014 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 6; Amount Claimed: $1,156.62; Distribution Dividend: 15.72%; | 7100-900 | | $181.81 | $2,863.71 |
| 01/10/2018 | 3015 | State Farm Bank | Claim #: 7; Amount Claimed: $1,388.71; Distribution Dividend: 15.72%; | 7100-900 | | $218.30 | $2,645.41 |
| 01/10/2018 | 3016 | Capital One, N.A. | Claim #: 8; Amount Claimed: $446.66; Distribution Dividend: 15.72%; | 7100-900 | | $70.21 | $2,575.20 |
| 01/10/2018 | 3017 | PYOD, LLC its successors and assigns as assignee | Claim #: 9; Amount Claimed: $3,428.96; Distribution Dividend: 15.72%; | 7100-900 | | $539.01 | $2,036.19 |
| 01/10/2018 | 3018 | PYOD, LLC its successors and assigns as assignee | Claim #: 10; Amount Claimed: $1,727.35; Distribution Dividend: 15.72%; | 7100-900 | | $271.53 | $1,764.66 |
| 01/10/2018 | 3019 | PYOD, LLC its successors and assigns as assignee | Claim #: 11; Amount Claimed: $484.66; Distribution Dividend: 15.72%; | 7100-900 | | $76.19 | $1,688.47 |
| 01/10/2018 | 3020 | Wells Fargo Bank, N.A. | Claim #: 12; Amount Claimed: $2,989.56; Distribution Dividend: 15.72%; | 7100-900 | | $469.94 | $1,218.53 |
| 01/10/2018 | 3021 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 13; Amount Claimed: $3,643.49; Distribution Dividend: 15.72%; | 7100-900 | | $572.73 | $645.80 |
| 01/10/2018 | 3022 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 14; Amount Claimed: $694.04; Distribution Dividend: 15.72%; | 7100-900 | | $109.10 | $536.70 |
| 01/10/2018 | 3023 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 15; Amount Claimed: $919.36; Distribution Dividend: 15.72%; | 7100-900 | | $144.52 | $392.18 |
| 01/10/2018 | 3024 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 16; Amount Claimed: $488.73; Distribution Dividend: 15.72%; | 7100-900 | | $76.83 | $315.35 |
| 01/10/2018 | 3025 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 17; Amount Claimed: $935.22; Distribution Dividend: 15.72%; | 7100-900 | | $147.01 | $168.34 |
| 01/10/2018 | 3026 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 18; Amount Claimed: $1,070.93; Distribution Dividend: 15.72%; | 7100-900 | | $168.34 | $0.00 |

**SUBTOTALS** $0.00 $3,045.52

Page No: 3       Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-26517 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1317 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/3/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $23,000.00 | $23,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $23,000.00 | $23,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $23,000.00 | $23,000.00 | |

**For the period of  8/3/2015 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $23,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 01/16/2017 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $23,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit 9

| Case No.: | 15-26517 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WARREN, EARNESTINE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1317 | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/3/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $23,000.00 | $23,000.00 | $0.00 |

**For the period of 8/3/2015 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2015 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ